UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                           Case No. 18-20151
                                              Hon. Matthew F. Leitman

v.

JERELL CLEMENT

    Defendant.
_____/

## **ORDER MODIFYING BOND CONDITION**

**IT IS HEREBY ORDERED** that the condition of Defendant Jerell Clement's bond that requires him to wear a GPS electronic monitoring system is hereby **VACATED**, effective October 21, 2019 at 8:30 a.m.

                                         /s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: October 18, 2019

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 18, 2019, by electronic means and/or ordinary mail.

                                         s/Holly A. Monda
                                         Case Manager
                                         (810) 341-9764