UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No. 18-cr-20151-7
                                                Hon. Matthew F. Leitman

v.

JERELL CLEMENT,

        Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 378)

Defendant Jerell Clement is a federal prisoner incarcerated at FCI Butner. On July 28, 2020, Clement moved for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (*See* Mot. for Compassionate Release, ECF No. 378.) For the reasons stated on the record, Clement's motion is **GRANTED**.

The custodial portion of Clement's sentence is reduced to time served. He shall immediately be released from custody. Upon his release, Clement shall travel directly by automobile from FCI Butner to his mother's apartment. Clement and all others with him in the automobile shall wear face masks during the drive. After Clement arrives at his mother's apartment, he shall remain inside the apartment for 14 days. And for the same 14-day period, he shall quarantine within the apartment – meaning he shall remain in a room that is separate and apart from all other residents

1

of the apartment to the extent possible.  And when, during the 14-day quarantine period, it is unavoidable for him to be in a separate room of the apartment, he shall wear a face mask.

Also, upon Clement's release from custody, he shall begin serving the period of supervised release that the Court imposed in Clement's Judgment. (*See* Judgment, ECF No. 365.)   As explained on the record, the Court adds the following three conditions to Clement's term of supervised release: (1) Clement's period of supervised release shall be increased from 2 years to 3 years; (2) Clement shall be subject to home confinement at his mother's apartment for 9 months, and, during that period of home confinement, he shall not leave that residence other than for employment, job training, religious services, medical and/or mental health appointments, treatment programs, appointments with counsel, and/or other activities approved in advance by his supervising probation officer; and (3) within 48 hours of his return to Flint, Michigan, Clement shall report to his probation officer to arrange for the installation of a GPS tether/electronic monitoring.  (Clement may not leave the apartment at all during the 14-day quarantine period.)

In all other respects, Clement's original sentence remains unchanged.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 20, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 20, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
