UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 18-cr-20151-7
Hon. Matthew F. Leitman

v.

JERELL CLEMENT,

      Defendant.
_____/

## ORDER WAIVING COSTS OF ELECTRONIC MONITORING

On August 20, 2020, the Court granted Defendant Jerell Clement's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (*See* Order, ECF No. 396.) In that order, the Court added as a condition of Clement's supervised release that he be subject to "GPS tether/electronic monitoring." (*Id.*, PageID.396.) Due to Clement's indigence, the Court **WAIVES** the costs associated with that monitoring.

In all other respects, the Court's August 20, 2020, order remains unchanged.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 11, 2021

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764